# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 20-688-JFW(JEMx)** | Date: March 31, 2020 |

Title: Christine Espinosa -v- Genesis Healthcare, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DENYING PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION [filed 2/24/2020; Docket No. 26]

      On February 24, 2020, Plaintiff Christine Espinosa ("Plaintiff") filed a Motion to Remand for Lack of Subject Matter Jurisdiction. On March 9, 2020, Defendants Anaheim Terrace Care Center, LLC, Genesis Healthcare, Inc., Genesis Healthcare LLC, and GHC Payroll, LLC (collectively, "Defendants") filed their Opposition. On March 16, 2020, Plaintiff filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's March 30, 2020 hearing calendar and the parties were given advance notice. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

      For the reasons stated in Defendants' Opposition, Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction is **DENIED**. The Court signs Defendants' Proposed Statement of Decision Denying Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction [Docket No. 29-1], lodged with the Court on March 18, 2020.

      IT IS SO ORDERED.